UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60792-BLOOM/Valle

LIONAL DALTON,

    Plaintiff,

vs.

PENROD'S ELBO ROOM, INC.,
d/b/a Elbo Room,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Motion For Approval Of Settlement Agreement, ECF No. [36] (the "Agreement"). The Court having considered the Agreement and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Agreement, **ECF No. [36]**, is **approved and adopted**, and the matter is **DISMISSED WITH PREJUDICE.** Per the Agreement, each party is to bear its own attorneys' fees and costs except as provided by the Agreement, and the Court shall retain jurisdiction over this case for the sole purpose of enforcement of the Agreement. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 24th day of October, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record